UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TEACHERS INSURANCE COMPANY,

     Plaintiff,

v.                                       Case No:   6:13-cv-1533-Orl-40TBS

FULMER, LEROY, ALBEE & BAUMANN,
P.L.C., JASON MOUSSA and MICHAEL
W. LEROY,

     Defendants.
_____

### ORDER

     Upon due consideration, Plaintiff's Motion to Compel Depositions (Doc. 38), is

**DENIED WITHOUT PREJUDICE.**   Plaintiff has not complied with FED. R. CIV. P. 37(a)(1)

or M.D. FLA. R. 3.01(a) and (g).

     **ORDERED** in Orlando, Florida on October 8, 2014.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record